**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| COMMUNITY INSURANCE COMPANY | : | Case No. 1:25-cv-388 |
| d/b/a ANTHEM BLUE CROSS AND | : | |
| BLUE SHIELD, | : | Judge Matthew W. McFarland |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| HALOMD, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

_____

**ORDER**

_____

The above-captioned matter is hereby TRANSFERRED from the docket of the

Honorable Matthew W. McFarland to the Clerk of this Court for reassignment.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ___*/s/ Matthew W. McFarland*_____
JUDGE MATTHEW W. McFARLAND